UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          Case No. 2:10cr162- 07 JAM

       Plaintiff,
  v.                                **ORDER FOR RELEASE OF PERSON IN CUSTODY**

CERJIO ARTURO ZEPEDA,

       Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

    This is to authorize and direct you to release CERJIO ARTURO ZEPEDA, Case No. 2:10cr162-07 JAM, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $____ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other): Defendant sentenced to time served on March 25, 2014. |

Issued at Sacramento, California on March 25, 2014 at 10:45   a.m.

                              /s/ John A. Mendez
                              John A. Mendez
                              UNITED STATES DISTRICT JUDGE